UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:

    BONNIE KAYE KOPROWSKI      05-10340 (7)
    Debtor

    BONNIE KAYE KOPROWSKI
    Plaintiff

v.      A.P. No. 07-1037

    WILLIAM KOPROWSKI
    Defendant

## DEFAULT JUDGMENT

Plaintiff, Bonnie Kaye Koprowski having moved this Court for a Default Judgment, the Court having reviewed the file and being otherwise sufficiently advised IT IS ORDERED, DECREED AND ADJUDGED:

William Koprowski willfully violated the Discharge Injunction and in doing so, Bonnie Koprowski suffered actual damages and shall recover her actual damages in the amount of $500.00 to date from William Koprowski for which execution may be had forthwith and shall bear interest at the federal rate until paid.

IT IS FURTHER ORDERED, that Alicia C. Johnson shall cause a copy of this Order to be tendered to the Clerk of Simpson Circuit Court to notify the Simpson Circuit Court of the conclusion of this case.

IT IS FINALLY ORDERED that this case be stricken from the active docket of this Court and the Pre-Trial Hearing previously scheduled for November 29, 2007 shall be remanded as moot.

Tendered by: **Alicia C. Johnson**
Alicia C. Johnson
P.O. Box 1654
Russellville, KY 42276
1-270-726-8668
1-270-726-8660 fax